```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY

PABLO FAVELO-CORRAL,             :
                                        Civil Action No. 09-4901 (RBK)
          Petitioner,            :

     v.                          :        O R D E R
                                            (CLOSED)
UNITED STATES, et al.,           :

          Respondents.           :
```

IT APPEARS THAT:

1.  On September 18, 2009, Petitioner submitted a document to the Clerk of the Court labeled: "Writ of Habeas Corpus Ad Subjiciendum With Affidavit and Memorandum of Law." (Docket entry 1). The Clerk of the Court docketed the submission as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241.  Petitioner applied to proceed in forma pauperis.

2.  A review of the instant petition reveals that it is wholly unclear.  Petitioner seems to challenge jurisdiction of some sort, perhaps of an underlying criminal case, citing as grounds for relief: "Actions of U.S. Officials contrary to the Oath and Commission . . . ," "Lack of Enacting Statutes at Large in U.S. Code Citations . . . ," "Illegal Use and Application of Unregistered Laws . . . ," "Illegal Use of Information Collection Requests . . . ," as well as fraud, incompetent counsel, and other similarly unclear grounds.  He asks for release from confinement.

3.  Rule 2 of the Rules Governing Section 2254 Habeas Cases (applicable to cases filed under § 2241), directs that the petition specify all grounds for relief, supporting facts, and the relief requested.

4.   Because the petition is wholly indecipherable, this Court will administratively terminate this action, and order the Clerk of the Court to mail Petitioner a blank form § 2241 petition, so that Petitioner can submit a clear petition setting forth grounds for relief, if he so chooses.  Petitioner may move to reopen this matter upon submission of a petition conforming to the Federal Rules of Civil Procedure and the rules governing habeas cases.

   THEREFORE,

   IT IS ON THIS   7th   day of    January   , 2010;

   ORDERED that Petitioner's request to proceed in forma pauperis is GRANTED; and it is further

   ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is administratively terminated; and it is further

   ORDERED that the Clerk of the Court shall close this case; and it is further

   ORDERED that the Clerk of the Court shall send Petitioner a blank form § 2241 petition; and it is further

   ORDERED that Petitioner may file a new petition, preferably on the form § 2241 petition, referencing the docket number of this action, in accordance with this Order.


                                   s/Robert B. Kugler
                                   ROBERT B. KUGLER
                                   United States District Judge